Exhibit "A"

FILED DATE: 11/30/2022 4:11 PM   2022600 9808

## NOTICE OF TERMINATION OF TENANCY

TO: Nicole Johnson
AND ANY AND ALL UNKNOWN OCCUPANTS
19440 Glenwood Road
Chicago Heights, IL 60411

1. You are hereby notified that there is now due the undersigned landlord the sum of One Thousand Seven Hundred Eighty-One Dollar ($1,781.00) and Zero cents, being rent for the following described premises, to-wit:

   19440 Glenwood Road Apt. # 609
   Chicago Heights, IL 60411

Together with all accommodations used by you in connection therewith, will be terminated as follows.

2. You are further notified that payment of said sum so due has been and is hereby demanded of you, and that unless payment thereof is made on or before the expiration of TEN (10) days after service of this notice, your tenancy of said premises will be terminated on __October 28, 2022__.

3. ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate the lease under this notice, unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

4. You have TEN (10) days to discuss the termination with the Owner.

5. If you remain in the leased unit on the date specified for termination, the landlord may seek to enforce the termination only by bringing a judicial action, at which time you may present a defense.

Dated this 18th, day of October 2022.

_____
BY: Shawntel Harris          LESSOR

AGENT

FILED DATE: 11/30/2022 4:11 PM   20226009808

CERTIFICATE OF SERVICE

<u>Shawntel Harris</u>, certifies and says that on the <u>18th,</u> day of <u>October</u> 2022, he/she served the within notice on the tenant named therein, as follows: *

1. By delivering a copy thereof to the within named person(s), _____.
   _____.

(2.) By delivering a copy of said notice to any adult person answering the door at the leased dwelling unit.

3. If no adult person responds, by placing the notice under or through the door, if possible, or else by affixing the notice to the door.

(4.) AND by sending a copy of said notice to said tenants by first class mail, properly stamped and addressed to said tenant as his/her/their address at the project with a proper return address.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*Strike out all paragraphs not applicable.

2