UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 22-14794 |
| NICOLE JOHNSON ) | | |
| ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming on to be heard upon the Motion for Relief from the Automatic Stay and for Other Relief and the Court being fully advised;

IT IS HEREBY ORDERED:

A. Movant's motion is granted;

B. Ludwig & Company, As Agent for Thornwood-Chicago Heights, LP is granted relief from the Automatic Stay as to the premises located at 19440 Glenwood Road, Unit 609, Chicago Heights, Illinois 60411.

C. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable to this order.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: March 27, 2023

**Prepared by:**

SANFORD KAHN, LLP
Attorneys for Movant
180 North LaSalle Street
Suite 2025
Chicago, Illinois 60601
(312) 263-6778
rob@sanfordkahnllp.com